UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           Case No. 21-cr-0074-bhl

CHARLES E. WILLIAMS,

    Defendant.

## ORDER TO SEAL

Upon the Motion to Seal, filed by the United States Attorney for the Eastern District of Wisconsin (ECF No. 20), and good cause appearing therefor,

IT IS HEREBY ORDERED that, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, the government's submission filed on January 11, 2022 (ECF No. 21), in the above-named case be **SEALED** until further order of this Court.

Dated at Milwaukee, Wisconsin on January 12, 2022.

                                                              s/ *Brett H. Ludwig*
                                                              BRETT H. LUDWIG
                                                              United States District Judge